UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Raus et al.,

                         Plaintiffs,

       -against-

Elements Production, LLC,

                         Defendants.

1:21-cv-10431 (VSB) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2022

**STEWART D. AARON, United States Magistrate Judge:**

       The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (ECF No. 52.) All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron.

       The parties shall file a joint letter on October 27, 2022 regarding the status of discovery.

**SO ORDERED.**

DATED:       New York, New York
                July 29, 2022

                                                           _____
                                                           STEWART D. AARON
                                                           United States Magistrate Judge