```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :   21cv10431 (DLC)
DAVID RAUS et al.,                         :
                                           :         ORDER
                            Plaintiffs,    :
            -v-                            :
                                           :
ELEMENTS PRODUCTION, LCC et al.,           :
                                           :
                            Defendants.    :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

The complaint invokes this Court's diversity jurisdiction. Diversity jurisdiction under 28 U.S.C. § 1332(d)(2) is available in a class action in which "any member of a class of plaintiffs is a citizen of a State different from any defendant." 28 U.S.C. § 1332(d)(2)(A). The complaint does not adequate allege the citizenships of the defendants. Accordingly, it is hereby

ORDERED that, if the plaintiffs wish to invoke this Court's diversity jurisdiction under 28 U.S.C. § 1332(d)(2), the plaintiffs shall amend their complaint no later than **September 9, 2022** to include allegations sufficient to satisfy § 1332(d)'s requirements, so long as the plaintiffs can do so in good faith and consistent with the requirements of Fed. R. Civ. P. 11.

IT IS FURTHER ORDERED that no other amendments to the complaint shall be included with the amendments made pursuant to this Order.

Dated:  New York, New York
        August 24, 2022

                                     _____
                                         DENISE COTE
                                    United States District Judge