```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DAVID RAUS et al., on behalf of         :    21cv10431 (DLC)
themselves and all others similarly     :
situated,                               :         ORDER
                                        :
                         Plaintiffs,    :
                -v-                     :
                                        :
ELEMENTS PRODUCTION, LLC, et al.,       :
                                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

This case has been reassigned to me for all purposes. On July 27, 2022, the above captioned case was referred to Magistrate Judge Stewart D. Aaron for general pretrial purposes. It is hereby

ORDERED that the general pretrial referral is vacated.

Dated:   New York, New York
         August 24, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge