```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cv10431 (DLC)
DAVID RAUS et al.,                       :
                                         :         ORDER
                         Plaintiffs,     :
            -v-                          :
                                         :
ELEMENTS PRODUCTION, LCC et al.,         :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 29, 2022, the plaintiffs filed a response further elaborating on the basis for their belief that diversity jurisdiction exists. The response does not adequately allege the citizenships of the defendants. Accordingly, it is hereby

ORDERED that by **October 7, 2022**, the plaintiffs shall file a letter specifying the citizenship of defendant Elements Production LLC by specifying citizenships of its members MTV Properties, LLC and Cabin One Properties, LLC.

Dated:   New York, New York
         September 30, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge