UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Raus et al.,

                                        Plaintiffs,

          -against-

Elements Production, LLC,

                                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2022

1:21-cv-10431 (DLC) (SDA)

ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

       A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, January 18, 2023, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

       The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

SO ORDERED.

Dated:       New York, New York
                 November 9, 2022

                                                         _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge