Michael Louis Kelly, Bar No. 82063
mlk@kirtlandpackard.com
Connor M. Karen - State Bar No. 316347
cmk@kirtlandpackard.com
KIRTLAND & PACKARD LLP
1638 South Pacific Coast Highway
Redondo Beach, California 90277
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAVID RAUS, YESSICA NAVARRO,
MOYA FERENCHAK, KATIE BINDER,
and RACHEL LEWIS, on behalf of themselves
and all others similarly situated,

                                   Plaintiffs,

-against-

ELEMENTS PRODUCTION, LLC, a New York
Limited Liability Company, BANGON, LLC, a New
York Limited Liability Company, TESTED
CONTAINED RETREATS, LLC, a Delaware Limited
Liability Company, and DOES 1 through 50, inclusive,

                                   Defendants.
-------------------------------------------------------------------X

Case No.:1:21-cv-10431- SDA

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**Assigned to:** Hon. Stewart Aaron
**Date:  To be Set**
**Time: To be Set**
**Courtroom: 11C**

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that as soon as the matter may be heard in the above-entitled Court, Plaintiffs David Raus, Yessica Navarro, Moya Ferenchak, Katie Binder, and Rachel Lewis, (collectively, "Plaintiffs") will move the Court for an order granting preliminary approval of the class action settlement reached in this matter.

This motion will be made under Fed. R. Civ. P. 23(e)(1), authorizing the Court to make a determination that the prospect of class certification and settlement justifies giving notice to the settlement class.

Dated: May 31, 2023

Respectfully submitted,

By: *s/* [signature]

MICHAEL LOUIS KELLY
CONNOR M. KAREN
**KIRTLAND & PACKARD LLP**
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

TINA GLANDIAN
**GERAGOS & GERAGOS, APC**

New York, New York 10010
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

*Counsel for Plaintiffs on behalf of themselves and all others similarly situated*