UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| DAVID RAUS, YESSICA NAVARRO, MOYA FERENCHAK, KATIE BINDER, and RACHEL LEWIS, on behalf of themselves and all others similarly situated, | Case No.:1:21-cv-10431-VSB |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| -against- | |
| ELEMENTS PRODUCTION, LLC, a New York Limited Liability Company, BANGON, LLC, a New York Limited Liability Company, TESTED CONTAINED RETREATS, LLC, a Delaware Limited Liability Company, and DOES 1 through 50, Inclusive | **Assigned to: Hon. Stewart D. Aaron**<br>**Date:** _____<br>**Time:**_____<br>**Dept.: 11C** |
| Defendants. | |

-----------------------------------------------------------------X

# [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs' Motion for Preliminary Approval of Class Action Settlement came before this Court for hearing, on _____ [date].

The Court, having considered the proposed Settlement Agreement, attached hereto as Exhibit 1, and the Exhibits attached thereto (hereafter collectively, the "Settlement Agreement"); having considered the Motion for Preliminary Approval of Class Action Settlement; having considered the respective points and authorities and declarations submitted by the parties in support thereof; and good cause appearing, **HEREBY ORDERS THE FOLLOWING:**

1

The Court grants preliminary approval of the settlement as set forth in the Settlement Agreement and finds the terms to be fair, reasonable, and adequate, and within the range of reasonableness of a settlement that ultimately could be granted approval by the Court at the final Fairness Hearing. The Court finds:

(i) Class Counsel and class representatives are adequate representatives for the proposed settlement class;

(ii) that the settlement has been reached as a result of arms-length negotiations;

(iii) that the relief provided by the proposed settlement is adequate in light of the maximum possible recovery and attendant risks of continued litigation; and

(iv) the class members will be treated equitably relative to one another.

Moreover, the parties have conducted sufficient discovery to understand the strengths and weaknesses of the claims at issue, as well as the adequacy of the settlement.

The Court further finds that it will likely be able to certify the class for purposes of settlement and judgment on the proposal under Fed. R. Civ. P. 23(e)(2). For purposes of the settlement, the Court finds:

(i) that the proposed settlement class, comprised of thousands of ticket purchasers, is sufficiently numerous;

(ii) that claims of class representatives David Raus, Yessica Navarro, Katie Binder, Rachel Lewis, and Moya Ferenchak, all purchasers of tickets to and attendees of Elements Festival 2021, are typical of the class they seek to represent;

(iii) that common questions of law and fact will drive the resolution of the litigation, and that

    (iv)    Class Counsel and Class Representatives are adequate representatives for purposes of administering the class settlement.

Therefore, for settlement purposes only, the Court grants conditional certification of the following "Settlement Class" defined as follows:

"All persons who purchased tickets to and/or attended the Elements Festival (the 'Class')."

1. For purposes of the settlement, the Court further designates named Plaintiffs David Raus, Yessica Navarro, Katherine Binder, Rachel Lewis, and Moya Ferenchak as Class Representatives, and the law firms of Kirtland & Packard LLP and Geragos & Geragos, APC as Class Counsel.

2. The Court confirms CPT Group, Inc. as the Claims Administrator.

3. A final fairness hearing on the question of whether the proposed settlement should be finally approved as fair, reasonable and adequate as to the members of the Settlement Class is scheduled in Department 11C of this Court, located at 500 Pearl Street, New York, NY on _____ [date], at _____ [time].

4. At the final fairness hearing, the Court will consider:

    a. whether the settlement and notice plan should be approved as fair, reasonable, and adequate for the class;

    b. whether a judgment granting final approval of the settlement should be entered; and

    c. whether Plaintiff's application for an award of attorneys' fees, reimbursement of litigation expenses, and class representative enhancement should be granted.

5. Class Counsel shall file memoranda, declarations, or other statements and materials in support of their request for final approval by no later than _____ [date].

6. Class Counsel shall file a motion for an award of attorneys' fees, reimbursement of litigation expenses and class representative enhancement by no later than _____ [date].

7. The Court approves, as to form and content, the Claim Form ("Claim Form"); Notice of of Class Action Settlement ("Publication Notice" and/or "Long Form Notice"); and Class Action Settlement Notice ("Short Form Notice" and/or "E-Mail Notice"), which are attached to the Declaration of Michael Louis Kelly in Support of Motion for Preliminary Approval as Exhibits "3," "4," and "5," respectively. (Docket Entries Nos. 108-5; 108-6; 108-7).

8. The Notice Date shall commence no later than 30 calendar days after the date of this Order.

9. The class notice shall provide at least 61 calendar days from the Notice Date for a proposed member of the Class to opt out of settlement and 70 days from the Notice date for objections to the proposed Settlement.

10. On or before the Notice Date, the Short Form Notice, the Long Form Notice, and Claim Form shall be made available on an internet website. The Short Form Notice shall also be e-mailed to class members.

11. On or before the Notice Date, the parties shall also set up a toll-free telephone number that Settlement Class members may call to obtain a copy of the Long Form Notice and Claim Form.

12. The Court finds that the forms of notice to the Settlement Class regarding the pendency of the action and of this settlement, and the methods of giving notice to members of the Settlement Class constitute the best notice

practicable under the circumstances and constitute valid, due, and sufficient notice to all members of the Settlement Class.

13. The Court further approves the procedures for Class Members to participate in, opt out of, or object to the Settlement, as set forth in the Settlement Agreement, Long-Form Notice, Short-Form Notice, and Claim Form.

14. To validly object to the Settlement Agreement, an objecting settlement class member must provide the following information in the written objection: (i) the objecting settlement class member's full name, current address, telephone number, and signature; (ii) the settlement class member's objections to the Settlement Agreement; (iii) the reasons for the settlement class member's objections; (iv) whether the settlement class member intends to appear at the Fairness Hearing with or without separate counsel; and (v) if the settlement class member intends to appear at the Fairness Hearing with separate counsel, the identities of all attorneys who will separately represent the settlement class member. In addition, any settlement class member objecting to the Settlement Agreement shall provide a list of any other objections submitted by the objector, or the objector's separate counsel, to any class action settlements submitted in any court in the United States, whether state, federal or otherwise, in the previous five years. If the settlement class member or the settlement class member's separate counsel has not objected to any other class action settlement in any court in the United States in the previous five years, the settlement class member shall affirmatively so state in the written objection.

15. The procedures and requirements for filing objections in connection with the Fairness Hearing are intended to ensure the efficient administration of justice and the orderly presentation of any Class Member's objection to the Settlement Agreement, in accordance with the due process rights of all Class Members.

16.     Pending the Fairness Hearing, all proceedings in this action, other than proceedings necessary to carry out or enforce the terms and conditions of the Settlement Agreement and this Order, are stayed.

17.     Counsel for the parties are hereby authorized to utilize all reasonable procedures in connection with the administration of the settlement which are not materially inconsistent with either this Order or the terms of the Settlement Agreement.

18.     To facilitate administration of the Settlement pending final approval, the Court hereby enjoins all Class Members from filing or prosecuting any claims, suits or administrative proceedings regarding claims released by the Settlement unless and until such Class Members have filed valid Requests for Exclusion with the Claims Administrator and the time for filing claims with the Claims Administrator has elapsed.

19.     The Court orders the following Implementation Schedule for further proceedings:

20.

| Event | Timing |
|---|---|
| Last day for defendant to provide class member data for preparation of the Notice. | _____ [date] (10 days after Preliminary Approval) |
| Notice Date: (i) last day for claims administrator to e-mail class notice and claim form to class members; (ii) last day to setup and make settlement website available to public; and (iv) last day to set up and make available toll-free telephone number. | _____ [date] (30 days after Preliminary Approval) |
| Last day for class counsel to file motion for award of attorneys' fees, reimbursement of litigation expenses and class representative enhancement. | _____ [date] (30 days after Notice Date) |

| Last day for class members to submit opt-outs; | _____ [date] (61 days after Notice Date) |
|---|---|
| Last day for class members to submit objections and last day for class members to submit claim forms. | _____ [date] (70 days after Notice Date) |
| Last day for Plaintiffs to respond to objections. | _____ [date] (15 days after deadline for objections and 85 days after Notice Date) |
| Last day for claims administrator to provide declaration of e-mailing of class notice, notice via website and claim form. | _____ [date] (45 days after Notice Date) |
| Last day for parties to file motion and supporting documents for final approval of class action settlement. | . _____ [date] (no later than 14 days before Final Fairness Hearing) |
| Hearing on final approval of class action settlement. | . _____ [date] at _____[time]  (no earlier than approximately 121 days after Preliminary Approval) |

21. The Fairness Hearing and related prior deadlines set forth above may, from time to time and without further notice to the Settlement Class (except those who have filed timely and valid objections), be continued or adjourned by Order of the Court.

**IT IS SO ORDERED.**

_____
Hon. Aaron D. Stewart