Michael Louis Kelly, Bar No. 82063
mlk@kirtlandpackard.com
Connor M. Karen - State Bar No. 316347
cmk@kirtlandpackard.com
KIRTLAND & PACKARD LLP
1638 South Pacific Coast Highway
Redondo Beach, California  90277
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| DAVID RAUS, YESSICA NAVARRO, MOYA FERENCHAK, KATIE BINDER, and RACHEL LEWIS, on behalf of themselves and all others similarly situated, | Case No.:1:21-cv-10431-VSB |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| -against- | |
| ELEMENTS PRODUCTION, LLC, a New York Limited Liability Company, BANGON, LLC, a New York Limited Liability Company, TESTED CONTAINED RETREATS, LLC, a Delaware Limited Liability Company, and DOES 1 through 50, inclusive, | **Assigned to:** Hon. Stewart Aaron<br>**Date:**  November 15, 2023<br>**Time:** 11:00 a.m.<br>**Courtroom: 11C** |
| Defendants. | |

-------------------------------------------------------------------X

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that as soon as the matter may be heard in the above-entitled Court, Plaintiffs David Raus, Yessica Navarro, Moya Ferenchak, Katie Binder, and Rachel Lewis, (collectively, "Plaintiffs") will move the Court for an order granting final approval of the class action settlement reached in this matter.

1

This motion will be made under Fed. R. Civ. P. 23(e), requiring final approval by the Court prior to administration of the class action settlement.

Dated: November 2, 2023

Respectfully submitted,

By: _s/_ [signature]

MICHAEL LOUIS KELLY
CONNOR M. KAREN
**KIRTLAND & PACKARD LLP**
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

TINA GLANDIAN
**GERAGOS & GERAGOS, APC**

New York, New York 10010
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

*Counsel for Plaintiffs on behalf of themselves and all others similarly situated*